AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

MARY REID

*Plaintiff(s)*

v.

Civil Action No. 6:16-cv-00599-JR

NEXREP, LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NEXREP, LLC
c/o Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alan J. Leiman and Drew G. Johnson
Leiman & Johnson, LLC
44 W. Broadway, Ste 326
Eugene, OR 97401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

By _____, Deputy Clerk

Date: 04/08/2016

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:16-CV-00599-JR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* NEXREP, LLC
was received by me on *(date)* APRIL 11, 2016

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* NEXREP, LLC
C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE 19801 (REGISTERED AGENT) on *(date)* APRIL 11, 2016

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: APRIL 11, 2016

*Server's signature*

DENORRIS BRITT                PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT, & CIVIL CASE ASSIGNMENT ORDER
SWORN TO ME ON APRIL 11, 2016

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 27, 2016